# United States Court of Appeals
## For the First Circuit

No. 18-2241

UNITED STATES OF AMERICA,

Appellee,

v.

MANUEL VEGA-MONSERRATE,

Defendant-Appellant.

ERRATA SHEET

The opinion of this Court issued on December 5, 2022, is amended as follows:

On page 2, line 4, "foregoing" is replaced with "following"